THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 AUG 17  P 12: 36

... R. HACKETT ...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SANDI PHILLIPS and RONALD J. PHILLIPS,  )<br>) <br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>ST. PAUL TRAVELERS INSURANCE COMPANY,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO. 3:06cv744 |

## NOTICE OF REMOVAL

**COMES NOW** Defendant Travelers Commercial Insurance, incorrectly identified in Plaintiffs' Complaint as "St. Paul Travelers Insurance Company," ("Travelers") and files this Notice of Removal, hereby removing the case captioned <u>Sandi Phillips and Ronald J. Phillips v. St. Paul Travelers Insurance Company</u> (CV-06-238) from the Circuit Court of Russell County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for this removal, Defendant Travelers states as follows:

I.

The above-entitled action was commenced in the Circuit Court of Russell County, State of Alabama, and is now pending therein. A copy of the Plaintiff's complaint, along with all process, pleadings, and orders served on or by Defendant Travelers, is attached hereto as Exhibit "A."

II.

The Court file does not reflect the date that Defendant Travelers was served with the Plaintiff's Complaint; however, the Summons for Travelers was not issued until July 18, 2006.

Thus, the earliest that Travelers could have been served with the Summons and Complaint is July 18, 2006. Therefore, the removal of this case to this Court is timely pursuant to 28 U.S.C. Section 1446(a).

III.

This action is one of a civil nature over which the District Court of the United States has original jurisdiction because of the diversity of citizenship, pursuant to 28 U.S.C. Section 1332.

IV.

Upon information and belief, Plaintiff Sandi Phillips at the time of this action, and since that time, is a citizen and resident of the State of Alabama and is over the age of nineteen (19). See Exhibit "B."

V.

Upon information and belief, Plaintiff Ronald J. Phillips at the time of this action, and since that time, is a citizen and resident of the State of Alabama and is over the age of nineteen (19). See Exhibit "B."

VI.

Defendant Travelers, at the time of the commencement of this action, and since that time, was and is now a corporation organized and existing under the laws of the State of Connecticut with its principal place of business in the state of Connecticut, and was not at the time of the commencement of this action, nor at any time, a citizen or resident of the State of Alabama.

VIII.

The matter in dispute in the Plaintiffs' Complaint exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs. In their Complaint, the Plaintiffs

specifically state that they are seeking "the sum of $100,000.00, plus interest at 6% . . . and all cost of court." See Exhibit A, Plaintiffs' Complaint.

WHEREFORE PREMISES CONSIDERED, Defendant Travelers prays that this Honorable Court take jurisdiction of this cause and issue all necessary orders and process in order to remove the above-referred action from the Circuit Court of Russell County, Alabama to this Court.

Respectfully submitted,

_____
Brenen G. Ely, 0366-E54B
Joel S. Isenberg, 8855-N76J
Attorneys for Defendant Travelers Commercial Insurance incorrectly identified in Plaintiffs' Complaint as "St. Paul Travelers Insurance Company"

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| __X__ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 17th day of August, 2006.

                                                                               OF COUNSEL

cc:
James R. McKoon, Jr.
McKoon & Thomas
Post Office Box 3220
Phenix City, Alabama 36868-3220

# Exhibit "A"

| Russell County, Alabama<br>04/21/2005 | **COVER SHEET**<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2 0 0 6 - 2 3 8<br>Date of Filing: Judge Code:<br>0 7 1 4 2 0 0 6  SoH072<br>Month  Day  Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____RUSSELL_____, ALABAMA
(Name of County)

_____SANDI PHILLIPS, ET AL._____ v. _____ST. PAUL TRAVELERS INSURANCE COMPANY_____
Plaintiff                                                                                       Defendant

First Plaintiff:  ☐ Business  ☑ Individual  ☐ Government  ☐ Other
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA — Wrongful Death
- ☐ TONG — Negligence: General
- ☐ TOMV — Negligence: Motor Vehicle
- ☐ TOWA — Wantonness
- ☐ TOPL — Product Liability/AEMLD
- ☐ TOMM — Malpractice-Medical
- ☐ TOLM — Malpractice-Legal
- ☐ TOOM — Malpractice-Other
- ☐ TBFM — Fraud/Bad Faith/Misrepresentation
- ☐ TOXX — Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE — Personal Property
- ☐ TORE — Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN — Abandoned Automobile
- ☐ ACCT — Account & Non-Mortgage
- ☐ APAA — Administrative Agency Appeal
- ☐ ADPA — Administrative Procedure Act
- ☐ ANPS — Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX — Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT — Civil Rights
- ☐ COND — Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP — Contempt of Court
- ☑ CONT — Contract/Ejectment/Writ of Seizure
- ☐ TOCN — Conversion
- ☐ EQND — Equity Non-Damages Actions/Declaratory Judgment/Injunction/Election Contest/Quiet Title/Sale for Division
- ☐ CVUD — Eviction Appeal/Unlawful Detainer
- ☐ FORJ — Foreign Judgment
- ☐ FORF — Fruits of Crime Forfeiture
- ☐ MSHC — Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB — Protection from Abuse
- ☐ FELA — Railroad/Seaman (FELA)
- ☐ RPRO — Real Property
- ☐ WTEG — Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP — Workers' Compensation
- ☐ CVXX — Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT   ☐ OTHER: _____

HAS JURY TRIAL BEEN DEMANDED? ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

RELIEF REQUESTED: ☑ $_____ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE(S): M C K 0 2 0
EMAIL ADDRESS(ES): jrmckoon@aol.com
SIGNATURE(S): [signature]

MEDIATION REQUESTED:  ☐ YES   ☐ NO   ☑ UNDECIDED     DATE: 7/14/06

```
AVSO300                        ALABAMA JUDICIAL DATA CENTER
                                   RUSSELL      COUNTY
                                        SUMMONS
                                                           CV 2006 000238.00
                                                           ALBERT L. JOHNSON
```
---
```
                IN THE CIRCUIT COURT OF RUSSELL          COUNTY
SANDI PHILLIPS  ET AL   VS  ST PAUL TRAVELERS INSURANCE COMPANY
     SERVE ON: (D001)

                                          PLAINTIFF`S ATTORNEY

   ST PAUL TRAVELERS INSURANCE CO         MCKOON JAMES R JR
   SUITE 600                              925 BROAD STREET
   3000 RIVERCHASE GALLERIA               POST OFFICE DRAWER 3220
   BIRMINGHAM      ,AL  35244-0000        PHENIX CITY    ,AL  36868-3220
```
---
TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

---

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓)   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 07/18/2006                 CLERK: KATHY COULTER            BY: _____
                                        PO BOX 518
                                        PHENIX CITY    AL  36868-0510
                                        (334)298-0516

---

RETURN ON SERVICE:

( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
      COMPLAINT TO _____

      IN _____ COUNTY, ALABAMA ON (DATE) _____

_____          _____
DATE                                   SERVER SIGNATURE

_____          _____
SERVER ADDRESS                         TYPE OF PROCESS SERVER

---

OPERATOR: ANL
PREPARED: 07/18/2006

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| SANDI PHILLIPS and RONALD J. PHILLIPS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. CV-06-*238* ) |
| ST. PAUL TRAVELERS INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## *COMPLAINT*

Come now the Plaintiffs in the above styled cause and complains unto the Court as follows:

### *Count I*

1. On or about the 16th day of March, 2005, at or upon a public highway known as Auburn Road in Phenix City, Russell County, Alabama, Michael Harris, negligently and/or wantonly caused or allowed a motor vehicle to collide with a motor vehicle driven by the Plaintiff, Sandi Phillips.

2. As a proximate consequence of the said negligence and/or wantonness of Michael Harris, the Plaintiff, Sandi Phillips, was caused to suffer the following injuries and damages:

    a. Serious bodily injury and the subsequent effects thereof;

    b. Invasive and costly medical procedures and therapy;

   c. To incur medical expense;

   d. To seek the services of medical care professionals including, but not limited to, doctors and hospitals; and

   e. To endure physical pain, emotional upset and suffering.

  3. Plaintiff, Ronald J. Phillips, was at all times material to this Complaint, the husband of Sandi Phillips. As approximate consequence of the negligence and/or wantonness of Michael Harris, Plaintiff, Ronald J. Phillips was caused to suffer the following injuries and damages:

   a. Temporary loss of consortium.

  4. Plaintiffs allege that at the time of the wreck referenced herein, the said Michael Harris possessed insufficient liability insurance coverage to fully compensate the Plaintiffs for their damages.

  5. Plaintiffs allege at the time of the wreck referenced herein, they were covered under the provisions of an insurance policy issued by St. Paul Travelers (successor company to Travelers) policy number 976974840 101 1. Said policy provided for under insured motorist coverage to compensate Plaintiffs for their damages in excess of the liability coverage provided by Michael Harris' liability insurance carrier, Alfa Insurance.

  6. Plaintiffs have settled with Michael Harris for the limits of Michael Harris' liability insurance coverage with Alfa Insurance in the

amount of $25,000.00. Prior to said settlement, Plaintiffs provided Defendant, St. Paul Travelers, with notice of Alfa's offer to settle with no response from the Defendant.

7. Due to the injuries and damages of Sandi Phillips and the loss of consortium suffered by Ronald J. Phillips, the Plaintiffs are entitled to the maximum amount of coverage for underinsured motorist available under the abovesaid policy of insurance.

8. Defendant, St. Paul Travelers Insurance Company, is and has been on notice of the injuries and damages of the Plaintiff, Sandi Phillips, as well as the damages of Ronald J. Phillips and has refused to offer or pay them the underinsured motorist benefits to which they are entitled under the abovesaid policy of insurance. Therefore, Defendant, St. Paul Travelers Insurance Company, is in breach of the provisions of the abovesaid policy and owes the Plaintiffs the maximum amounts of coverage due them under the abovesaid policies.

WHEREFORE, the above premises considered, Plaintiffs demand of the Defendant, St. Paul Travelers Insurance Company, the sum of $100,000.00, plus interest at 6% from the date of the breach of the insurance contract and all cost of court.

_____
JAMES R. McKOON, JR. (MCK020)
McKoon & Thomas
Attorney for Plaintiffs
P. O. Box 3220
Phenix City, AL  36868-3220
(334) 297-2300

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AT:**

St. Paul Travelers Insurance Company
3000 Riverchase Galleria
Suite 600
Birmingham, Alabama  35244

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| SANDI PHILLIPS and RONALD J. PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL TRAVELERS INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. CV-06-238<br>)<br>)<br>)<br>)<br>) |

RECEIVED

2006 AUG 17  P 2: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REMOVAL NOTICE

TO THE PLAINTIFFS IN THE ABOVE-STYLED CAUSE AND THEIR ATTORNEY OF RECORD:

Please take notice that on the 17th day of August, 2006, the undersigned, as attorneys for Defendant Travelers Commercial Insurance, incorrectly identified in Plaintiffs' Complaint as "St. Paul Travelers Insurance Company," ("Travelers") filed on its behalf a notice of removal in the United States District Court, for the Middle District of Alabama, Eastern Division, to remove the above-entitled cause of action from the Circuit Court of Russell County, Alabama (CV-06-238) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Russell County, Alabama.

_____
Brenen G. Ely, ELY004
Joel S. Isenberg, ISE001
Attorneys for Travelers Commercial Insurance
incorrectly identified in Plaintiffs' Complaint
as "St. Paul Travelers Insurance Company"

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| __X__ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 17th day of August, 2006.

_____
OF COUNSEL

cc:

James R. McKoon, Jr.
McKoon & Thomas
Post Office Box 3220
Phenix City, Alabama 36868-3220

2

# Exhibit "B"

Case 3:06-cv-00744-SRW    Document 1-3    Filed 08/17/2006    Page 1 of 4

**☰ TRAVELERS**

# AUTOMOBILE POLICY DECLARATIONS

**1. Named Insured**

RONALD J & SANDI PHILLIPS
15 LEE ROAD 526
PHENIX CITY AL 368708753

**Your Service Center Address**

GLENS FALLS BUS. CTR. EXCHANGE
P O BOX 6075
GLENS FALLS, NY 128016075

Your Policy Number : 976974840 101 1
Your Account Number: 976974840

For Policy Service Call  1-800-842-3675
For Claim Service Call   1-800-CLAIM33

**2. This is change number 1, which is effective September 10, 2004.**
* This change causes no additional or return premium for the policy period.
* The policy period is from September 10, 2004 to September 10, 2005
* Mortgagee/additional insured has been added.
* These declarations replace all prior automobile policy declarations on the date on which this change is effective.

**3. Your Vehicles**                    **Identification Numbers**

    1   1979 FORD F150                  F14BHDF1505
    2   2001 CHEVR BLAZER LS/           1GNDT13WX12183709

**4. Coverages, Limits of Liability and Premiums**

Insurance is provided only where a premium is shown for the coverage.

|   |   | 1 | 2 |
|---|---|---|---|
|   |   | 79 FORD F150 | 01 CHEVR BLAZER LS/ |
| A | - Bodily Injury<br>$50,000 each person<br>$100,000 each accident | $ 241 | $ 241 |
| B | - Property Damage<br>$50,000 each accident | 185 | 185 |
| D1 | - Uninsured Motorists Bodily Injury<br>$50,000 each person<br>$100,000 each accident<br>See Endorsement A01043 | 172 | 172 |
| E | - Collision<br>Actual Cash Value less<br>$500 deductible | - | 477 |
| F | - Comprehensive<br>(Other than Collision)<br>Actual Cash Value less<br>$250 deductible | - | 174 |

Continued on next page

4. Coverages, Limits of Liability and Premiums (continued)

```
                                        79 FORD      01 CHEVR
                                        F150         BLAZER LS/

G    - Extended Transportation Expense
       $30 per day/$900 maximum                         -           9
       See Endorsement A00391
```

Subtotals for your vehicles:              $598         $1,258

Total Premium for This Policy: $1,856

---

5. Information Used to Rate Your Policy

Discounts Included in Your Premium

```
    Passive Restraint            01 CHEVR
                                 BLAZER LS/

    Multiple Cars
```

Surcharges Included in Your Premium

```
    Accidents and/or Traffic Violations Listed Below:

        Accidents                12/03/02
                                 SANDI

        Traffic Violations       01/30/04
                                 SANDI
```

Drivers                          Date of        Sex           Marital
                                 Birth                        Status

```
    RONALD J                     07-04-65       Male          Married
    SANDI                        09-22-66       Female        Married
```

Vehicles                         Use of         Location
                                 Vehicle        of Vehicle

```
    79 FORD F150                 Commute        PHENIX CITY AL
    01 CHEVR BLAZER LS/          Commute        PHENIX CITY AL
```

It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.



Named Insured:  RONALD J & SANDI PHILLIPS
Policy Number:  976974840 101 1
Policy Period:  September 10, 2004 to September 10, 2005
Issued On:      October 11, 2004

---

### 6. Other Information

#### Loss Payees

```
01 CHEVR BLAZER LS/         AMERICAN GENERAL
VIN # 1GNDT13WX12183709     323 AIRPORT RD STE D
                            AUBURN, AL 368308940
```

#### Your Insurer

Travelers Commercial Insurance Company
One of The Travelers Insurance Companies
One Tower Square, Hartford, CT 06183

#### Policy Endorsements

A01043 Uninsured Motorists - Alabama
A01051 Amendment of Policy Provisions - Alabama
A00391 Personal Auto Policy Coverage Enhancement Endorsement

Policy Edition  6       Policy Form  101       Issued on  10/11/04

Thank you for insuring with The Travelers. We appreciate your business. If you have any questions about your insurance, please contact your Travelers representative.

---

### FOR YOUR INFORMATION

Children & air bags. . . it's as easy as 1 - 2 - 3
1. Never put a child seat (those used with infants) in the front seat of a car with air bags.
2. Make sure all children are buckled up no matter where they sit. Unbuckled children can be hurt or killed by an air bag.
3. The rear seat (those with seat belts) is the safest place for children of any age to ride.