IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDI PHILLIPS AND RONALD J. PHILLIPS, <br><br> Plaintiffs, <br><br> v. <br><br> ST. PAUL TRAVELERS INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) CIVIL ACTION NO. ) ) 3:06-CV-00744-SRW ) ) ) ) ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Travelers Commercial Insurance Company, incorrectly identified in the Plaintiffs' Complaint as "St. Paul Travelers Insurance Company," makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of their stock:

| | |
|---|---|
| Travelers Commercial Insurance Company | Travelers Commercial Insurance Company is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings Inc. which is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc., a public company. |

s/Joel S. Isenberg
Brenen G. Ely, 0366-E54B
Joel S. Isenberg, 8855-N76J
Attorneys for Travelers Commercial
Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __x__ | E-File |

on this the 29th day of August, 2006.

                                            s/Joel S. Isenberg
                                            OF COUNSEL

cc:

James R. McCoon, Jr.
McKoon & Thomas
Post Office Box 3220
Phenix City, Alabama 36868-3220