IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

SANDI PHILLIPS and RONALD J. )
PHILLIPS, )
                            )
       Plaintiffs, )
                            )
vs. )  CASE NO. 3:06cv0744-SRW
                            )
ST. PAUL TRAVELERS )
INSURANCE COMPANY, )
                            )
       Defendant. )

### ***PLAINTIFFS' JURY DEMAND***

Come now the Plaintiffs in the above styled cause and demand trial

upon their Complaint by struck jury.

*/s/James R. McKoon, Jr.*

_____

JAMES R. McKOON, JR. (MCK020)
McKoon & Thomas
Attorney for Plaintiffs
P. O. Box 3220
Phenix City, AL  36868-3220

PDF created with pdfFactory trial version www.pdffactory.com

## *CERTIFICATE OF SERVICE*

I hereby certify that I have served the above and foregoing upon the following attorneys of record by electronic noticing procedures set forth by this Court as set forth below:

Brenen G. Ely, Esq.
Joel S. Isenberg, Esq.
Smith & Ely, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama  35209


This 11th day September, 2006.

*/s/James R. McKoon, Jr.*

_____

OF COUNSEL