IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

SANDI PHILLIPS, ET AL., )
)
Plaintiff(s), )
)
v. ) CIVIL ACTION NO. 3:06cv744-SRW
)
ST. PAUL TRAVELERS INSURANCE )
CO., )
)
Defendant(s). )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

11/3/06
Date

Signature

Sandi Phillips and Ronald Phillips
Counsel For (**print** name of all parties)

P.O. Box 3220, Phenix City, AL 36868-3220
Address, City, State Zip Code

(334) 297-2300
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101