IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Sandi Phillips, et al,  )
    Plaintiff(s),  )
      )
v.  )  CIVIL ACTION NO. 3:06cv744-SRW
      )
St. Paul Travelers Ins. Co.,  )
      )
    Defendant(s).  )

RECEIVED 2006 OCT 26 P 3:44

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10-26-06
Date

[signature]
Signature

St. Paul Travelers Ins. Co.
Counsel For (**print** name of all parties)

600 Beacon Pkwy. West, Suite 104, Birmingham, AL 35209
Address, City, State Zip Code

205-313-1200
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101