IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SANDI PHILLIPS AND RONALD J. PHILLIPS, | § § § | |
| Plaintiffs, | § § | Civil Action No. |
| v. | § § | 3:06-CV-00744-SRW |
| ST. PAUL TRAVELERS INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and gives notice of her appearance as additional counsel of record for The Automobile Insurance Company of Hartford Connecticut, the defendant improperly identified in Plaintiffs' Complaint as "Travelers," in the above case.

      /s/ Candace L. Hudson
Candace L. Hudson (#8314-N66H)
One of the Attorneys for Defendant Travelers
Commercial Insurance incorrectly identified in
Plaintiffs' Complaint as "St. Paul Travelers
Insurance Company"

**OF COUNSEL:**
ELY & ISENBERG, LLC
600 Beacon Parkway West
Suite 104
Birmingham, AL 35209
Telephone:     (205) 313-1200
Facsimile:     (205) 313-1201

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and accurate copy of the foregoing has been on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
|   X   | E-File |

on this the 2nd day of February, 2007.

                                                       /s/   Candace L. Hudson
                                                       OF COUNSEL

cc:
James R. McKoon, Jr.
McKoon & Thomas
Post Office Box 3220
Phenix City, Alabama 36868-3220