IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDI PHILLIPS AND RONALD J. PHILLIPS, | § § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO.: § 3:06-CV-00744-SRW § |
| ST. PAUL TRAVELERS INSURANCE COMPANY, | § § § § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties in the above-referenced case and stipulate that all of the claims made by Plaintiffs Sandi and Ronald Phillips against Defendant St. Paul Travelers Insurance Company are hereby dismissed with prejudice. Each party to bear its own costs.

_____
James R. McKoon, Jr.
Attorney for Plaintiffs

**OF COUNSEL:**
McKOON, THOMAS & McKOON
925 Broad Street
Phenix City, AL 36867

_____
Brenen G. Ely
One of the attorneys for Defendants

**OF COUNSEL:**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, AL 35209